IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE KAFOUROS,

        Plaintiff,                  No. CIV S-02-1498 GEB DAD

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.              ORDER
_____/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

1

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed June 8, 2005, are adopted in full;

    2.  Plaintiff's petition for attorney fees is granted in part and denied in part; and

    3.  Plaintiff's counsel is awarded $7,073.44 in attorney fees.

Dated:  July 1, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge